NO. 06-15-00079-CV

FILED IN
The Court of Appeals
Sixth District

DEC 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

JAVIER JAIMES
APPELLANT

V.

ZENAW MERSHA
APPELLEE

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
TRAVIS COUNTY, TEXAS, HON. TODD T. WONG, PRESIDING

UNOPPOSED MOTION REQUESTING EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

TO THE HONORABLE SIXTH COURT OF APPEALS:

Comes now Appellant Javier Jaimes and submits this Motion For Extension of Time to File Appellant's Brief as follows.

1)    Appellant's Brief is due on December 21, 2015. Appellant is requesting a thirty day extension of time to file Appellant's Brief, which would make the brief due on January 20, 2016. Appellant has not previously requested an extension of time to file his brief.

2) Good cause exists for allowing Appellant additional time to file his Brief. Appellant is in the process of obtaining pro bono appellate counsel through the Third Court of Appeals Pro Bono Program, to represent him in this proceeding.

3) This motion is not sought for delay but so that justice may be served.

Wherefore, Appellant prays that the Court grants his thirty day extension request to file his Brief to January 20, 2016, and for such other relief to which he may be entitled.

Respectfully submitted,

_____Javier Jaimes_____
_____
Javier Jaimes, Pro Se
6202 Turtle Dove
Austin, Texas 78744
Tel (512) 389-5338
Email jmj595@aol.com

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. App. R. 10.1(a)(5), I hereby certify that I have conferred with counsel for Appellant and Appellant does not oppose a thirty day extension of the deadline.

Javier Jaimes
_____
Javier Jaimes, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been delivered to the following counsel of record on this _16th__ day of December 2015 by first class and e-mail:

David Sadegh
The Law Office of David J. Sadegh
10203 Birchridge Drive, Suite 210
Humble, Texas 77338
djsadegh@sadeghlaw.com

_____Javier Jaimes_____

Javier Jaimes, Pro Se
